IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Caffee, Benjio P | Case Number:  08 B 04998 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed:  3/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: June 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,308.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,689.98 |
| Administrative: | | 2,338.00 |
| Trustee Fee: | | 280.02 |
| Other Funds: | | 0.00 |
| Totals: | 4,308.00 | 4,308.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,338.00 | 2,338.00 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 22,294.56 | 0.00 |
| 4. | Internal Revenue Service | Priority | 4,908.22 | 1,689.98 |
| 5. | Resurgent Capital Services | Unsecured | 791.44 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,419.77 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,071.60 | 0.00 |
| 8. | American Express Centurion | Unsecured | 761.28 | 0.00 |
| 9. | Citibank | Unsecured | 4,345.03 | 0.00 |
| 10. | Fadi A Habib MD | Unsecured | 678.37 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 554.31 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 8,114.92 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 2,771.34 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 1,050.03 | 0.00 |
| 15. | Cook County Treasurer | Secured | | No Claim Filed |
| 16. | WFS Financial | Secured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 23. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 51,098.87 | $ 4,027.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Caffee, Benjio P

Printed: 12/02/08

Case Number:  08 B 04998
Judge:  Goldgar, A. Benjamin
Filed:  3/3/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 280.02 |
|  | $ 280.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

